No. 68042.—National Silver Company v. United States, protests 63/6145 and 63/6147 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of unfilled glass spice bottles, holding under one-fourth of 1 pint, the claim of the plaintiff was sustained.

No. 68043.—Castelazo & Associates, a/c Barbera Bros. v. United States, protests 59/17711, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl fishes similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

No. 68044.—Pacific Instruments Corp. v. United States, protests 62/5444 and 62/15823 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of tapes for tape recorders similar in all material respects to those the subject of *Electric & Musical Industries (U.S.), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiff was sustained.